UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SAVANNAH LANE PARTIPILO, ) | |
| ) | |
| v. ) | No. 2:13-0060 |
| ) | Judge Sharp |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security ) | |

### ORDER

Magistrate Judge Griffin has entered a 29 page Report and Recommendation (Docket No. 24) in which she (1) finds that the determination by the Commissioner of Social Security that Plaintiff is not disabled under the Social Security Act is supported by substantial evidence in the record as required by 42 U.S.C. § 405(g); and (2) recommends that Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) be denied. The Report and Recommendation was issued on January 15, 2015, and no objections have been filed, even though Plaintiff was specifically informed that any objections needed to be filed within fourteen days of service.

Having considered the matter *de novo*, the Court agrees with the recommended disposition. Accordingly,

(1) The Report and Recommendation (Docket No. 24) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is hereby DENIED; and

(3) This case is hereby DISMISSED.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE